## Degillio, Appellant, *v.* Troback.

Argued November 14, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, O'BRIEN and ROBERTS, JJ.

*Nicholas R. Degillio,* for appellants.

*J. Earl Langan,* for appellee.

OPINION PER CURIAM, January 7, 1964:
Order affirmed.